IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-1613 |
| | : | |
| MEADOWLANDS DEVELOPER LIMITED PARTNERSHIP, | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 5th day of December, 2013, upon consideration of Petitioner's motion for default judgment (styled as a request for default judgment) (doc. no. 14), we find as follows:

1. On March 5, 2013, an arbitration panel issued a finding and award in favor of Petitioner Ace American Insurance Company and against Respondent Meadowlands Developer Limited Partnership. The award related to Respondent's failure to pay money owed pursuant to an insurance contract. Respondent did not participate in the arbitration hearing.

2. On March 27, 2103, Petitioner filed a petition to confirm the arbitration award with this Court, as authorized by the contract and the Federal Arbitration Act § 9. (Pet. Ex. A, at 7); 9 U.S.C. §9.

3. On August 13, 2013, Respondent was served at its place of business. (Docs. no. 7, 15.)

4. Respondent has failed to answer or otherwise appear. The Clerk of Court entered default against Respondent on October 16, 2013.

5. The arbitration award issued against Respondent was for $5,214,249.10. (Pet. Ex. B.)

6. The award provided for simple interest on three underlying accounts in monthly amounts of $10,791.08 ($354.78 daily), $12,488.73 ($410.59 daily), and $10,651.17 ($350.18 daily) respectively. Id.

7. Accordingly, judgment is appropriate in the amount of $5,214,249.10 plus interest according to the terms of the arbitration award.

**WHEREFORE**, it is hereby **ORDERED** that Petitioner's motion for default judgment is **GRANTED**. The arbitration award in Petitioner's favor is **CONFIRMED** and Judgment is entered against Respondent in the amount of $5,214,249.10 plus interest as calculated in the arbitration award. The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**