IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-1613 |
| | : | |
| MEADOWLANDS DEVELOPER LIMITED | : | |
| PARTNERSHIP, | : | |
| Respondent. | : | |

## ORDER

AND NOW, on October 22, 2015, it is ORDERED that Respondent Meadowlands Developer Limited Partnership's Motion to Vacate the Default Judgment (doc. 17) is denied for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE